IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  McCall, Sherice Y | Case Number:  06 B 16504 |
| | Judge:  Hollis, Pamela S |
| Printed:  10/2/07 | Filed:  12/13/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: August 20, 2007
Confirmed: March 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,266.00 | |
| Secured: | | 2,000.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 151.33 |
| Trustee Fee: | | 114.67 |
| Other Funds: | | 0.00 |
| Totals: | 2,266.00 | 2,266.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Martin J O'Hearn | Administrative | 2,500.00 | 151.33 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 4. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 5. | City Of Chicago | Secured | 0.00 | 0.00 |
| 6. | Monterey Financial Services | Secured | 2,907.00 | 1,600.00 |
| 7. | City Of Chicago | Secured | 651.12 | 400.00 |
| 8. | Litton Loan Servicing | Secured | 21,616.37 | 0.00 |
| 9. | America's Servicing Co | Secured | 18,431.40 | 0.00 |
| 10. | Litton Loan Servicing | Secured | 2,032.50 | 0.00 |
| 11. | Capital One | Unsecured | 570.55 | 0.00 |
| 12. | Capital One | Unsecured | 265.03 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 2,711.08 | 0.00 |
| 14. | City Of Chicago | Unsecured | 54.60 | 0.00 |
| 15. | Northern Illinois Mortgage Corporation | Unsecured | 50,588.48 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 580.87 | 0.00 |
| 17. | Peoples Energy Corp | Unsecured | 976.62 | 0.00 |
| 18. | Enterprise Rent A Car | Unsecured | | No Claim Filed |
| 19. | City Of Chicago | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 103,885.62 | $ 2,151.33 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 61.48 |
| 5.4% | 53.19 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  McCall, Sherice Y | Case Number:  06 B 16504 |
| | Judge:  Hollis, Pamela S |
| Printed:  10/2/07 | Filed:  12/13/06 |

_____
$ 114.67

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

        *Denise Ashley*
        _____